In the Matter of FORMAN REALTY TRUST, Debtor.

GIFT et al. v. FORMAN REALTY TRUST.

No. 5723.

Circuit Court of Appeals, Seventh Circuit.
March 13, 1936.

H. J. Rosenberg, of Chicago, Ill., for appellant.

E. R. Johnston and A. E. Jenner, Jr., both of Chicago, Ill., for appellee.

Before EVANS, SPARKS, and ALSCHULER, Circuit Judges.

PER CURIAM.

It is now here ordered by the court that the motion of counsel for appellants for an extension of time for filing their brief

be, and the same is hereby, overruled. It is further ordered, adjudged, and decreed by this court that the motion of counsel for appellee to dismiss this appeal be, and the same is hereby, granted, and that this appeal be, and the same is hereby, dismissed, with costs.